## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| WILLIE DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 15-cv-00055-JPG-DGW |
| | ) | |
| VENERIO SANTOS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter comes before the court on the Report and Recommendation ("R & R") (Doc. 31) of

Magistrate Judge Donald G. Wilkerson with regard to Plaintiff's Motion for Preliminary Injunction (Doc.

6).  There were no objections filed with regard to the R & R.

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of

the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3).  The Court must review *de

novo* the portions of the report to which objections are made.  The Court has discretion to conduct a new

hearing and may consider the record before the magistrate judge anew or receive any further evidence

deemed necessary.  *Id.*  "If no objection or only partial objection is made, the district court judge reviews

those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report and Recommendation.  The Court has

reviewed the entire file and finds that the R & R is not clearly erroneous.  Accordingly, the Court hereby

**ADOPTS** the Report in its entirety (Doc. 31) and **DENIES** Plaintiff's Motion for Preliminary Injunction

(Doc. 6).

**IT IS SO ORDERED.**

**DATED:**  7/14/2015

*s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**