# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIE DAVIS, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 15-CV-55-NJR-DGW |
| VENERIO SANTOS, | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

**ROSENSTENGEL, District Judge:**

Plaintiff Willie Davis is proceeding on an Eighth Amendment claim against Defendant Venerio Santos in which he alleges that Dr. Santos was deliberately indifferent to his serious medical needs while he was incarcerated at Centralia Correctional Center (Docs. 1, 5). Dr. Santos filed a motion for summary judgment on the merits of Davis's claim on December 19, 2017 (Doc. 95). Magistrate Judge Donald G. Wilkerson entered a Report and Recommendation on September 5, 2018, in which he recommended denying Dr. Santos's motion for summary judgment (Doc. 116). Neither party filed an objection to the Report and Recommendation by the deadline.

Because no party has filed an objection, the Court need not undertake *de novo* review. 28 U.S.C. § 636(b)(1)(C) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations *to which objection is made.*") (emphasis added). *See also Thomas v. Arn*, 474 U.S. 140 (1985); *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 741 (7th Cir. 1999); *Video*

*Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538 (7th Cir. 1986). Instead, the Court will review the Report and Recommendation for clear error. *Id*. at 739. The Court may then "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

The undersigned has carefully reviewed the Report and Recommendation and fully agrees with Magistrate Judge Wilkerson's findings of fact and conclusions of law. Accordingly the Reported and Recommendation (Doc. 116) is **ADOPTED** in its entirety, and Defendant Venerio Santos's motion for summary judgment (Doc. 95) is **DENIED.**

**IT IS SO ORDERED.**

DATED: September 21, 2018

_____
**NANCY J. ROSENSTENGEL**
**United States District Judge**